UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD LEE PAQUETTE,

        Petitioner,

vs.                     Case No. 3:03-cv-130-J-32TEM

JAMES R. MCDONOUGH, et al.,

        Respondents.

_____

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

The case is before the Court on a Report and Recommendation (Doc. #72), in which the Magistrate Judge recommends that Petitioner's Amended Petition be denied. Petitioner filed Petitioner's Objections to Report and Recommendation (Doc. #75) and Respondents filed their Response to Objections to Report and Recommendation (Doc. #78). Accordingly, it is hereby

**ORDERED**:

1. Upon independent and <u>de novo</u> review, the Petitioner's Objections to Report and Recommendation (Doc. #75) are **OVERRULED** and the Report and Recommendation (Doc. #72) is **ADOPTED** as the opinion of the Court, with the following exception: the Court does not rely upon the standard set forth on page 40 of the Report and Recommendation (Doc. #72), stating that counsel owes a lesser duty

to a client that pleads guilty than to one who decides to proceed to trial.

    2.    The Amended Petition (Doc. #27) is **DENIED**.

    3.    This case is **DISMISSED WITH PREJUDICE**.

    4.    The Clerk of the Court shall enter judgment accordingly and close this case.

    **DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of August, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

ps 8/3
c:
Ass't Federal Public Defenders Lynn Palmer Bailey & Lisa Ann Call
Ass't Attorneys General Bonnie Jean Parrish & Pamela J. Koller
The Honorable Thomas E. Morris, United States Magistrate Judge